1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

MICHAEL POWERS,

                Plaintiff,

   v.

UNITED STATES OF AMERICA,

                Defendant.

C21-517 TSZ

MINUTE ORDER

12

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

(1)     Plaintiff's motion for extension, docket no. 12, is GRANTED as follows.
Plaintiff's efforts to date to effect service on defendant United States of America will be
considered timely for purposes of Federal Rule of Civil Procedure 4(m).  The deadlines
for conducting a Rule 26(f) conference, exchanging initial disclosures, and filing a Joint
Status Report will be extended 90 days via a separate entry in CM/ECF.

17

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

Dated this 16th day of July, 2021.

19

20

Ravi Subramanian
Clerk

21

s/Gail Glass
Deputy Clerk

22

23

MINUTE ORDER - 1