UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL POWERS,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | C21-517 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed[1] motion, docket no. 19, for leave to file a third-party complaint against North Whidbey Fire and Rescue, is GRANTED, and the United States shall electronically file its third-party complaint within seven (7) days of the date of this Minute Order and properly serve the third-party complaint within the period and via the means permitted by statute and/or rule.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2021.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

---

[1] Plaintiff Michael Powers has indicated that he has no objection to impleading North Whidbey Fire and Rescue, but he objects to defendant's request, set forth in Paragraph 3 on Page 9 of the proposed Third-Party Complaint, docket no. 19-1, that plaintiff's "Third Amended Complaint [sic] . . . be dismissed." This request, however, is part of the Government's prayer for relief, and the United States is entitled to seek dismissal as a remedy in its defense of this matter and its prosecution of its third-party claims.

MINUTE ORDER - 1