1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

MICHAEL POWERS,

        Plaintiff,

7

   v.

8

9

UNITED STATES OF AMERICA,                    C21-517 TSZ

        Defendant,                           MINUTE ORDER

10

   v.

11

NORTH WHIDBEY FIRE AND RESCUE,

12

        Third-Party Defendant.

13

14      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

15      (1)     Plaintiff's motion for leave to amend, docket no. 24, is GRANTED, and
plaintiff shall electronically file his amended complaint within seven (7) days of the date
16 of this Minute Order.  Any responsive pleading or motion shall be due within twenty-one
(21) days after the amended complaint is filed.[1]

17

18  [1] Plaintiff proposes to amend his complaint to include the same factual allegations made by the
United States in a third-party complaint against North Whidbey Fire and Rescue ("NWFR").
19  These assertions, namely that NWFR's Marine 25 crew saw, but failed to immediately report, a
cooler and seat cushion floating in Deception Pass, are premised on a case-study memorandum
20  issued in September 2019 by the Commander of the Columbia River Sector of the United States
Coast Guard.  _See_ Memo. at ¶ 26, Ex. 1 to Leonetti Decl. (docket no. 41 at 12–13).  NWFR's
21  denial that the volunteer firefighters aboard Marine 25 made such observations and/or failed to
timely convey them merely raises factual questions that do not render futile plaintiff's plan to
22  name NWFR as a defendant.

23

MINUTE ORDER - 1

1   (2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 17th day of February, 2022.

              Ravi Subramanian
              Clerk

              s/Gail Glass
              Deputy Clerk

MINUTE ORDER - 2