UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL POWERS,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

C21-517 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 49, to continue the trial date and remaining related deadlines is GRANTED as follows:

| **BENCH TRIAL DATE (7 days)** | **March 6, 2023** |
|---|---|
| Disclosure of expert testimony | August 15, 2022 |
| Discovery motions filing deadline | October 6, 2022 |
| Discovery completion date | November 14, 2022 |
| Dispositive motions filing deadline | December 15, 2022 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | December 22, 2022 |

MINUTE ORDER - 1

| | |
|---|---|
| Motions in limine filing deadline | February 2, 2023 |
| Agreed pretrial order due | February 17, 2023 |
| Trial briefs due | February 17, 2023 |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | February 20, 2023 |
| Pretrial conference scheduled for | February 24, 2023 at 10:00 a.m. |

(2) The provisions of the Minute Order Setting Trial and Related Dates, docket no. 18, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2