UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL POWERS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

C21-0517 TSZ

ORDER

    The stay of this matter is hereby LIFTED, and this case is returned to the Court's active docket. The parties' joint motion for consent judgment, docket no. 105, is GRANTED. The hearing set for February 24, 2023, at 10:00 a.m., is STRICKEN. The Clerk is DIRECTED to enter judgment consistent with this Order and the parties' joint motion, and to send a copy of this Order and the Judgment to all counsel of record.

    IT IS SO ORDERED.

    Dated this 15th day of February, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1